DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**OSCAR O. AVILEZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D23-324

[May 4, 2023]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Daliah H. Weiss, Judge; L.T. Case No. 50-2006-CF-012143-AXXX-MB.

Oscar O. Avilez, Chipley, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and ARTAU, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***